# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**PAT DARWIN CAUDILL ,**

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO: **1:22–CV–01154–CDB**

**COMMISSIONER OF SOCIAL SECURITY ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/23/2025 .**

ENTERED:   **September 23, 2025**       /s/  **Keith Holland**
Clerk of Court